January 3, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GEA GROUP AG, Appellant

NO. 14-12-00156-CV                                V.

AMERICAN AIR LIQUIDE HOLDINGS, INC., Appellee
_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 13, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, GEA Group AG.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.